AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Yeato
~~YAETO~~ PRALL

**FILED**
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 242 M - 01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___YAETO PRALL___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly, and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, Associate Judge Russell F. Canan of the D.C. Superior Court, and others.

INVESTIGATIVE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM ___

in violation of Title __18__ United States Code, Section(s) __875__.

| Name of Issuing Officer | Title of Issuing Officer | |
|---|---|---|
| ALAN KAY / U.S. MAGISTRATE JUDGE | ALAN KAY U.S. MAGISTRATE JUDGE | District of Columbia |
| Signature of Issuing Officer | MAY 25 2006 Date and Location | |

Bail fixed at $_____   by _____
                               Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  __5811 ANNAPOLIS ROAD__
__CHEVERLY, MARYLAND__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/25/06 | JOSEPH N LOWERY JR SPECIAL AGENT | [signature] |
| DATE OF ARREST 5/25/06 | | |