# United States District Court
## for the District of Columbia

**FILED**
MAY 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the _30th_ day of _May_ 19 _2006_

| United States vs. Yeato Prall | } | Civil / **Criminal** Action No. _06-242M-01_ |

The Clerk of said Court will _plz enter the appearance of Dr. CHERNOR M. JALLOH, ESQ of THE JALLOH LAW FIRM_

---

Date: May 30, 2006

BAR IDENTIFICATION NO.: 456379

Signature: /s/ Jallow

Print Name: DR. CHERNOR M. JALLOH

Address: 1150 Connecticut Ave, NW

City/State/Zip: Suite 900 Washington, DC 20036-4497

Phone Number: (202) 828-4100 x4337

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2006 that I am a member of this Court in good stand-

Dr. Chernor M. Jalloh