```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Criminal No. 06-242M (AK)
                              :
          v.                  :
                              :
YEATO PRALL                   :
                              :
          Defendant.          :
                              :
```

**<u>O R D E R</u>**

This matter comes before the Court upon the application of the defendant to determine the competency of the defendant, pursuant to Title 18, United States Code, §4241(a).  Upon consideration of the positions and arguments of both parties, and the record of this matter, and for good cause shown, it is hereby

ORDERED that the defendant is committed to the custody of the Attorney General for a reasonable period, not to exceed thirty (30) days, for placement in a suitable facility for the purpose of a mental health evaluation.  Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the court.  The director of the facility may apply for a reasonable extension, not to exceed fifteen (15) days, upon a showing of good cause that such additional time is necessary to observe and evaluate the defendant and to issue a report.

SO ORDERED, this _____ day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE