IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | MAGISTRATE NO. 06-0242M-01 (CR) |
| v. | : | |
| | : | <u>VIOLATIONS</u>: |
| | : | |
| YEATO PRALL, | : | 18 U.S.C. § 875(c) |
| | : | (Interstate Communications) |
| Defendant. | : | |
| | : | 18 U.S.C. § 115 |
| | : | (Threatening a Federal Official) |

### I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

On or about May 13, 2006, in the District of Columbia and elsewhere, the defendant **YEATO PRALL**, did knowingly transmit in interstate commerce from the State of Maryland to the District of Columbia, an electronic communication to Russell F. Canan, Associate Judge of the D.C. Superior Court, which electronic communication contained a threat to injure and kill Judge Canan and others, that is, it said that Judge Canan was "immediately advised to recuse" himself from civil litigation in which the defendant was a party and if he did not, he and others "will be found dead."

**(Interstate Communications,** in violation of Title 18, United States Code, Section 875(c))

## COUNT TWO

On or about May 13, 2006, within the District of Columbia and elsewhere, the defendant **YEATO PRALL,** did threaten to assault and murder Russell F. Canan, a United States Judge and employee of the United States, with the intent to impede, intimidate, and interfere with Judge Canan, while he was engaged in and on account of the performance of his official duties.

**(Threatening Federal Official,** in violation of Title 18, United States Code, Section 115)

## COUNT THREE

On or about May 25, 2006, in the District of Columbia and elsewhere, the defendant **YEATO PRALL**, did knowingly transmit in interstate commerce from the District of Columbia, using the Internet and facilities located outside the District of Columbia to send an electronic communication to the District of Columbia, specifically to Russell F. Canan, Associate Judge of the D.C. Superior Court, which electronic communication contained a threat to injure and kill Judge Canan and others, that is, it demanded that Judge Canan "immediately recuse yourself from all cases involving Yeato Prall" and others or "you and your family will never live to tell the story."

**(Interstate Communications,** in violation of Title 18, United States Code, Section 875(c))

## COUNT FOUR

On or about May 25, 2006, within the District of Columbia and elsewhere, the defendant **YEATO PRALL,** did threaten to assault and murder Russell F. Canan, a United States Judge and

employee of the United States, with the intent to impede, intimidate, and interfere with Judge Canan, while he was engaged in and on account of the performance of his official duties.

**(Threatening Federal Official,** in violation of Title 18, United States Code, Section 115)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia