UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| YEATO PRALL : | Criminal No. 06-247 (RJL) |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF ADDITIONAL ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that, in addition to counsel of record (Assistant United States Attorney Barbara E. Kittay) the above captioned matter is also assigned to Assistant United States Attorney Jessie K. Liu, D.C. Bar Number 472845, telephone number (202) 514-7549, and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar Number 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549
Jessie.K.Liu@usdoj.gov