```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :    CRIMINAL NO.  06-247 (RJT)
                               :
                               :
         v.                    :
                               :
                               :
YEATO G. PRALL                 :
                               :
              Defendant.       :
                               :
```

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Barbara E. Kittay, Bar Number 414216, telephone number (202) 514-6940 and this is notice of her appearance in this matter on behalf of the United States.

                                     Respectfully submitted,

                                     KENNETH L. WAINSTEIN
                                     United States Attorney


                                   _____
                                   Barbara E. Kittay
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Bar No. 414216
                                   555 4th Street, N.W., Room 4846
                                   Washington, D.C.  20530
                                   (202) 514-6940
                                   Barbara.Kittay@usdoj.gov