UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-247** |
| | : | |
| **v.** | : | |
| | : | |
| **YEATO PRALL** | : | |
|      **Defendant.** | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

     The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji at telephone number 202-353-8822 and/or email address Perham.Gorji.@usdoj.gov  Perham Gorji  will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

     Respectfully submitted,

     KENNETH L. WAINSTEIN.
     United States Attorney

     _____
     Perham Gorji
     Assistant United States Attorney
     Federal Major Crimes,
     Delaware Bar No. 3737
     555 4th Street, NW,  Room 4233
     Washington, DC 20530
     202-353-8822