IN THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

       v.                                      Criminal No. 06-247 (RJL)

**YEATO PRALL**,

       **Defendant.**

## MOTION TO ORDER DEFENDANT'S APPEARANCE

Yeato Prall, through counsel, hereby moves this Court, for an Order to have Ms. Prall brought to the cellblock at the United States District Court for the District of Columbia forthwith. The purpose of this request is to secure Ms. Prall's presence in the cellblock in order to allow a representative of the Specialized Supervision Unit of the Pretrial Services Agency to evaluate her in order to determine whether she is eligible for placement into the Options Program.[1]

                                      Respectfully Submitted,

                                      A.J. KRAMER
                                      Federal Public Defender

                                          /s/
                                      _____
                                      Tony W. Miles
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W., Suite 550
                                      Washington, D.C.  20004
                                      (202) 208-7500

---

[1] A more detailed discussion of this program and an explanation of why Ms. Prall must be brought to the cellblock is discussed in Ms. Prall's Motion to Review Order of Detention.