IN THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      v.                              Criminal No. 06-247 (RJL)

**YEATO PRALL**,

      **Defendant.**

## ORDER

Upon consideration of defendant's Motion to Order Defendant's Appearance, any opposition thereto, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that on this _____ day of September, 2006, defendant shall be brought to the cellblock at the U.S. District Court on, Tuesday, September 26th in order to be evaluated by a staff member of the Specialized Supervision Unit of the Pretrial Services Agency.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE