UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 06-247 (RJL)** |
| | : | |
| **YEATO PRALL** | : | |
| | : | |

### ORDER

    Upon consideration of defendant's Motion to Review Order of Detention, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

    **FURTHER ORDERED** that Ms. Prall shall be released from custody in connection with the above captioned case.

    **SO ORDERED**.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony Miles
AUSA Barbara Kitay