UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :     Criminal No. 06-247 (RJL)
                                :
                                :
              v.                :
                                :
                                :
YEATO PRALL                     :
                                :
                                :
              Defendant.        :     Hearing Date: March 8, 2007
                                :

NOTICE OF PLEA AGREEMENT

_____The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this notice of plea agreement, in anticipation of a guilty plea that currently is scheduled for March 8, 2007, and states as follows:

1.  Attached hereto as "Exhibit A" is the plea agreement signed by the parties on February 21, 2007 and February 27, 2007.

2.  Separately attached hereto as "Exhibit B" is the statement of facts incorporated into the plea agreement at paragraph 4 of the plea agreement.  Fully executed copies of these documents will be tendered to the Court at the plea hearing.

3.  To assist the Court in taking the defendant's plea, the government hereby provides the following jury instruction for 18 U.S.C. §875(c) (Threatening Interstate Communication):

2

**The elements of §875(c) are:**

*First*, that the defendant knowingly transmitted a communication containing a threat to injure the person of another; and *Second*, that the communication was sent in interstate commerce. A "threat" is a serious statement expressing an intention to injure any person which, under the circumstances, would cause apprehension in a reasonable person, as distinguished from mere idle or careless talk, exaggeration, or something said in a joking manner.  It is not necessary to prove that the defendant actually intended to carry out the threat.

*See* United States v. Teague, 443 F.3d 1310, 1318 (10th Cir. 2006).

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By:    _____
BARBARA E. KITTAY
Assistant U.S. Attorney
D.C. Bar Number 414216
United States Attorney's Office
555 Fourth Street, N.W., Rm. 4846
Washington, D.C.  20530
Tel. (202) 514-6940
Barbara.Kittay@usdoj.gov