UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

    v.       :   CR. NO. 06-247 (RJL)

YEATO PRALL       :

## MOTION FOR JUDICIAL RECOMMENDATION

  The defendant, through undersigned counsel, respectfully requests that this honorable court, recommend to the Warden and Administrator of the Central Treatment Facility (CTF) that the defendant be housed in a manner that is consistent with her best medical interests and that she receive all necessary medical and psychiatric treatment. In support of her request, the defendant states the following:

  1. On March 15, 2007, the defendant entered a plea of guilty to Count One of the Indictment charging her with the communication of threats through interstate communication facilities. Sentencing has been scheduled for May 1, 2007.

  2. Following the entry of the plea, Ms. Prall communicated to the court that she believes that her present confinement situation at the Central Treatment Facility has caused her to become far more depressed and experience suicidal thoughts. She believes that her mental situation could be improved by her return to a unit in which she had previously been housed. Ms. Prall is on a variety of psycho tropic medications and has been diagnosed with clinical depression and obsessive compulsive disorder.

1

3. While the defendant understands that the court is not empowered to order the D.C. Department of Corrections to house her in any particular way, she respectfully requests that the court recommend that medical concerns should play a significant role in the decisions concerning the conditions of her custody.  She is also fearful that CTF might simply seek to transfer her to the D.C. Jail to ease its burden and would ask that the court request that no such transfer be made without first informing the court of the intention to transfer her.

4. This motion and the attached order have been furnished to AUSA Barbara Kittay for her review and she has indicated that she has no objection to the court's approval of the attached recommendation.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court  grant him the relief that he seeks.

Respectfully submitted,

_____
Edward C. Sussman
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of March, 2007  a copy of the foregoing was

served  by electronic mail on  AUSA Barbara Kittay and all interested parties.


_____

Edward C. Sussman