FILED
MAR 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-247 (RJL) |
| | : | |
| v. | : | |
| | : | |
| YEATO PRALL, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATEMENT OF FACTS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, hereby file this proposed statement of the evidence, in anticipation of the entry of a guilty plea:

1. Russell F. Canan (hereafter "Judge Canan") is and was at all relevant times, a United States Judge, having been appointed to the D.C. Superior Court by President William Jefferson Clinton on or about August 9, 1993, and is an employee of the United States.

2. Defendant Yeato Prall was a plaintiff in a series of civil lawsuits brought against Howard University, an educational institution in the District of Columbia, and several of its employees. These lawsuits include Yeato G. Prall v. Howard University, Docket No. 03-CA-6016; Yeato G. Prall v. Kanwal K. Gambhir, Docket No. 04-CA-5526; and Yeato G. Prall v. Howard University, Docket No. 04-CA-3202.

-2-

3. Judge Canan was assigned, as part of his official duties as a judge of the Superior Court, to preside over the civil lawsuits referred to in paragraph 2, above.

4. On or about May 12, 2006, the Clerk of the Superior Court docketed an Order previously signed by Judge Canan, in the civil actions referred to in paragraph 2, above. In that Order, Judge Canan took the following action:

(a) he refused to recuse himself from presiding over the civil actions, despite a lawsuit that had been filed against him and another judge by defendant Prall;

(b) he imposed sanctions against defendant Prall for her failure to participate in civil discovery; and

(c) he dismissed parts of the lawsuits.

The defendant claims that she was unaware of this Order.

5. On or about May 13, 2006, an e-mail was sent to Judge Canan from an Internet "Hotmail" account in the name "darvin_bloom" which stated:

> "YOU ARE IMMEDIATELY ADVISED TO RECUSE YOURSELF FROM PRALL V. HOWARD UNIVERSITY OR ANY ACTION FILED BY PRALL OR YOU WILL BE FOUND DEAD!! YOUR FAMILY MEMBERS WILL FACE THE SAME CONSEQUENCE. THIS IS NOT A THREAT BUT PROMISE.
>
> I AM ASHAMED THAT I AM A WHITE MALE. YOU ARE ALSO A DISGRACE TO THE JUSTICE SYSTEM. COURT RECORDS INDICATE THAT YOU HAVE BEEN SUED BY PRALL WHO YOU HAVE HARMED HEARTLESSLEY [sic]. SHOULD YOU FAIL TO RECUSE YOURSELF IMMEDIATELY FROM ALL CASES CONCERNING PRALL AND DECIDE TO MAKE ANY FURTHER RULINGS, YOU WILL BE FOUND

-3-

DEAD!  YOUR STAFF WILL BE SUBJECT TO SERIOUS
HARM SHOULD YOU FAIL TO HEED THIS WARNING."

6.  The e-mail address from which the threat was sent is "bloom_darvin@hotmail.com."  Pursuant to subpoena, the business entity known as "MSN Hotmail" advised that the "bloom_darvin" account was opened just prior to the sending of the threatening email to Judge Canan, and has not been used since.  MSN Hotmail identified the IP address from which that email was sent as 70.109.82.46.

7.  Verizon DSL, an internet services provider, advised, pursuant to subpoena, that IP account 70.109.82.46 is registered to an individual named "Sandy Kameda" [sic], residing at 902 Gatepost Lane, Apartment #2B, Frederick, Maryland, 21701.

8.  FBI agents interviewed Sandy Kamanda, who is the leaseholder of apartment #2B, at 902 Gatepost Lane.  He admitted that he is also the subscriber to Verizon DSL service to the subject computer.  Mr. Kamanda told them that he had been a student at Howard, and had lived in the same dormitory as Ms. Prall.  They are still friends, on the previous Saturday (May 13), the defendant called him to ask if she could use his computer "to work on my case."  The defendant had explained that she usually uses a computer at the Georgetown University law library, but it was "exam week" and only students were allowed to use the library.  According to Mr. Kamanda, Ms. Prall had exclusive access to his computer from

-4-

approximately 8:00 p.m. until midnight, including the time that the threat was sent to Judge Canan.

9. On Thursday, May 25, 2006, in the mid-morning, the FBI staged a consensually monitored telephone call between Mr. Kamanda and defendant Prall. During that monitored conversation, the defendant denied having sent any emails to Judge Canan (threatening or otherwise) and advised that Mr. Kamanda should not worry that the FBI had seized his computer because "I am quite sure" that Judge Canan "will get more threats" and the FBI "will have to go everywhere, to everywhere and get everybody's computers, in different states. That's what going to happen."

10. On or about May 25, 2006, at 2:38 p.m., another e-mail was sent to Judge Canan. This e-mail was sent through an Internet "Yahoo!" account, in the name "smithp.frederick" and it stated:

> "You are a blatant racist and a DISGRACE FOR A JUDGE. TAKE THIS E-MAIL SERIOUSLY. IMMEDIATELY RECUSE YOURSELF FROM ALL CASES INVOLVING YEATO PRALL, HOWARD UNIVERSITY AND BRYAN CAVE OR YOU WILL SURELY REGRET! YOU AND YOUR FAMILY WILL NEVER LIVE TO TELL THE STORY.
> THIS IS NOT A THREAT BUT A PROMISE."

11. Pursuant to subpoena, the business entity known as "Yahoo!" advised that the "smithp.frederick" account was opened just prior to the sending of the threatening email to Judge Canan, and has not been used since. Yahoo! identified the IP address from which that email was sent as 141.161.252.26.

-5-

12. Officials of Georgetown University advised, pursuant to subpoena, that IP account 141.161.252.26 is registered to a computer located in the law library of its law center.

13. An employee at the law library at the Georgetown University Law Center viewed a photograph of the defendant and recognized her as someone who frequents the law library and was there the same week that the May 25 e-mail was sent to Judge Canan, but s/he could not remember a specific day or time.

14. Both computers were seized and the contents analyzed. The Kamanda computer reflects activity throughout the evening of May 13, starting with access to the email account of Yeato Prall at Yahoo!

15. Due to concerns about potential claims of attorney-client privilege, officials Georgetown University insisted that the University be permitted to conduct the analysis of the Georgetown computer. The contents of hard drive of that computer confirmed the email was indeed sent from that computer, taken from the law library.

16. Pursuant to search warrant, FBI agents seized the contents of defendant Prall's hotel room and rental car. In defendant Prall's purse was found a small piece of note paper with handwritten notations, including "CANANRF@dcsc.gov" (Judge Canan's e-mail address), "darvin bloom" (the hotmail account used in the first threat), "password: racist," and other registration information. A

-6-

second piece of paper contained several additional handwritten notations, including "Frederick Smith" and "smithp.frederick@yahoo."

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By: *Barbara Kittay*
BARBARA E. KITTAY
D.C. Bar Number 414216
Assistant U.S. Attorney
555 Fourth Street, N.W., Rm. 4846
Washington, D.C.  20530
Tel. (202) 514-6940
Barbara.Kittay@usdoj.gov

Seen and agreed to:

*Yeato H. Psall*
Yeato Psall