UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :

v.     :     CR. NO. 06-247 (RJL)

YEATO PRALL     :

### JUDICIAL RECOMMENDATION

The court has before it the unopposed request of the defendant Yeato Prall (DCDC No. 310-514) that she be housed at the Central Treatment Facility (CTF) in a manner that is consistent with her best medical interests and that she receive all necessary medical and psychiatric treatment. In making this recommendation, the court notes that the Ms. Prall has been previously diagnosed with clinical depression and obsessive compulsive disorder. She has represented to the court that since her housing situation was changed in mid-February, that her mental and physical condition has markedly declined. The court would recommend that CTF consider all housing and custody options that, consistent with security considerations, might serve to improve Ms. Prall's mental and physical well being.

Further, the court would request that Ms. Prall not be transferred to any other facility without first informing the court of the intention to do so.

3/16/07

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

1