PRALL, YEATO                                                    Page 23

THE HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :   Docket No.: 06-247-01

vs.                           :

Yeato Prall                       Disclosure Date: 04/16/2007
                                  This is an expedited report. PLEASE Return
                                  Objections by Close of Business on 4/19/2007.

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
     Assistant US Attorney                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Yeato Prall_   4-26-07                     _Edward C. Sussman_   4/27/07
**Defendant**   **Date**                    **Defense Counsel**   **Date**

Counsel has not been able to visit the Defendant for review due to a family illness that has required him to be out of town. His review indicates no inaccuracies, and assumes the changes suggested by AUSA Kitty.

To: Kathie McGill

From: Ed Sussman (737-7120)

2 pages total

Re: US v Prall

Cr. 06-247 (RJL)