PRALL, YEATO                                                                  Page 23

THE HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :   Docket No.: **06-247-01**

vs.                                        :

Yeato Prall                              Disclosure Date: 04/16/2007
                                              This is an expedited report. PLEASE Return
                                              Objections by Close of Business on 4/19/2007.

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         Date  _Apr. 16, 2007_
Assistant US Attorney

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____
Defendant          Date                                              Defense Counsel          Date



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

April 16, 2007

Ms. Kathie McGill
United States Probation Officer
U.S. Department of Probation
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Ms. McGill:

      Re: <u>United States</u> v. <u>Yeato Prall</u>
           Criminal Number 06-247 (RJL)

    This is to acknowledge that the undersigned attorney has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges the following material, factual inaccuracies in the report, and a few requests for modification:

    1. <u>Guidelines Calculation</u>: Although the report appears to endorse the parties' estimate of the appropriate calculation, it recites one significant difference: the parties contemplated application of the enhancement in §3A1.2**(b)**, which would result in a 6-level enhancement. The PSR only adds 3 levels, under §3A1.2(a). We believe that (b) applies, because the base offense level is from Chapter Two, Part A (Offenses Against the Person).

    If you agree that a 6-level increase is appropriate, we note the following corrections:

    Paragraph 28 should reflect a 6-level increase;

    Paragraph 31 should reflect a total offense level of 18;

    Paragraph 33 should credit the defendant with 3 levels for acceptance of responsibility;

    Paragraph 34 should reflect a total adjusted level of 15;

    Paragraph 64 should reflect **Level 15** and a range of **18 to 24 months**;

-2-

Paragraph 65 should reflect that this sentence is in "Zone D."

2.  <u>Defendant's prior relationship</u>: It is not clear who the defendant is referencing in her remarks concerning her prior "significant relationship" of eight years ago. We note that in 2000, the defendant sued her ex-paramour, based on her belief that he had infected her with a sexually transmitted disease and alleging fraud for his failure to disclose prior relationships. *See* <u>Yeato G. Prall</u> v. <u>Stephane R. Alrivy</u>, 02-CV-729, 875 A.2d 116 (Table) (D.C.C.A. May 31, 2005); *on appeal from* CA-5642-00 (D.C. Super. Ct.). In light of the defendant's allegations in that lawsuit, we do not accept her self-serving representation that the relationship ended for other reasons.

We appreciate this opportunity to participate in the drafting of the Presentence Investigation Report, and we thank you for a job very well done. Please feel free to call me to discuss these comments, or it I can be of any further assistance to you. As you know, I can be reached at (202) 514-6940.

        Sincerely,

        Jeffrey A. Taylor
        United States Attorney

By: *[signature]*
    Barbara E. Kittay
    Perham Gorji
    Assistant U.S. Attorneys