RECEIVED

APR 2 2 2008

| PROB 22 (Rev 7/88) | AT 8:30 _____ M WILLIAM T. WALSH CLERK | DOCKET NUMBER *(Tran. Court)* CR-06-247-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 08-295 (GEB) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Yeato Prall | District of Columbia | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Richard J. Leon | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/21/08 — TO 2/20/2011 |

OFFENSE

Interstate Communications, a violation of 18 U.S.C. § 875(c)

FILED

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/18/08
Date

_/s/ Richard J. Leon_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 18, 2008
Effective Date

_/s/_
United States District Judge