# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

April 15, 2008

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

CR 06-247

FILED
APR 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Kent Marshall
Deputy-In-Charge
U.S. District Court
402 East State Street
Room 2020
Trenton, N.J. 08608

Re: Yeato Prall

**TRANSFER OF JURISDICTION TO THE DISTRICT OF NEW JERSEY**

Dear Mr. Marshall:

Enclosed is a completed Probation Form 22 requesting transfer of jurisdiction from the District of District of Columbia for the above-named offender.

U.S. District Judge Richard J. Leon has initiated the transfer request and it would be appreciated if this matter could be assigned to a District Judge in New Jersey.

Should you require any additional information, please do not hesitate to call our office at the phone number listed at the top of this letter.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Karen Green-Allen
Senior U.S. Probation Officer

KGA/kag
Enclosure